IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CORNELIOUS E. DEGEFFERD | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-458 |
| C. SIRINGI | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Cornelious E. Degefferd, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends denying petitioner's motion for leave to proceed *in forma pauperis*.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. Petitioner's motion for leave to proceed *in forma pauperis* is **DENIED**. Petitioner shall pay the $5 filing fee within thirty days of the date of

this order. Petitioner's failure to comply with this order may result in the petition being dismissed for want of prosecution.

**So ordered and signed on**

**Nov 10, 2014**

_____
Ron Clark, United States District Judge